IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LANETTE SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO . 3:12-cv-00318 |
| ) | JUDGE NIXON |
| TENNESSEE STATE VETERANS' HOMES ) | Magistrate Judge Brown |
| BOARD, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, the Parties, Plaintiff Lanette Spencer, and Defendant Tennessee State Veterans' Homes Board, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice upon the merits, with the parties to bear their own attorney's fees and costs of litigation.

It is, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims brought in this cause be and hereby are dismissed with prejudice upon the merits, with each party to bear its own attorney's fees and discretionary costs.

ENTER on this the _____ day of _____, 2012.

_____
U.S. District Court Judge

1

APPROVED FOR ENTRY:


\_\_/s/ R. Steven Waldron_____
R. STEVEN WALDRON, BPR # 2767
Attorney for Plaintiff
WALDRON, FANN & PARSLEY
202 W. Main Street
Murfreesboro, TN 37130
Phone: (615) 890-7365
Fax: (615) 848-1658


\_\_/s/ Jay C. Ballard_____
JAY C. BALLARD, BPR #17242
Senior Counsel
Civil Litigation and State Services Division
P. O. Box 20207
Nashville, TN 37202
Phone:  (615) 741-5031
Fax: (615) 741-2009