IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANETTE SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>TENNESSEE STATE VETERANS' HOMES<br>BOARD,<br><br>    Defendant. | No. 3:12-cv-00318<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

The parties to this action have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. No. 17.) They stipulate to the dismissal of the action with prejudice on the merits and with the parties to bear their own attorneys' fees and costs. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this ___7___ day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT